IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:11-CR-40-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| DAMIEN RUBIO TREJO | ) |

This matter is before the court on defendant's letter requesting the court extend his time to appeal. Motions for extension of time to appeal are governed by Federal Rule of Appellate Procedure 4(b)(4). Under that rule, this court is without authority to extend the time to appeal under the circumstances of petitioner's case. Therefore, his motion is denied.

This 5th day of March 2013.

                                                                          Malcolm J. Howard
                                                                          Senior United States District Judge

At Greenville, NC
#26